IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

SAMUEL DEAN HIGGINBOTHAM, SR.               Case No. 09-72321-SCS
                                            Chapter 7
                Debtor.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| NEX/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | $4.60 |
| **TOTAL** | **$4.60** |

Dated: July 13, 2011            /s/ Charles L. Marcus
                                Charles L. Marcus, Trustee
                                VSB #7020
                                580 East Main Street, Suite 300
                                Chesapeake, VA  23320
                                (757) 622-9005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on July 13, 2011 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.


                                /s/ Charles L. Marcus
                                Charles L. Marcus, Trustee